THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM GREENBERG, Appellant.—

No opinion. Appeal from sentence dismissed, as an appeal does not lie therefrom. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB BERNOFF, Appellant, against ROBERT J. KIRBY, as Warden of Sing Sing Prison, Respondent.—

Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACQUES A. GERARD, Respondent, against EDWARD G. DUERSTEIN et al., Constituting the Board of Assessors of the Tax District composed of the Town of Greenburgh, Westchester County, N. Y., Appellants.—

No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS PALERMO, Appellant, against WARDEN OF SING SING PRISON, Respondent.—

No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VALERIE REALTY, INC., et al., Respondents, against GEORGE W. BRIGGS et al., Constituting the Board of Assessors of the Tax District composed of the Town of Greenburgh, Westchester County, N. Y., Appellants.—

If there were no such documents, the return should so state. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

C. PAULDING RHYNUS, Respondent, v. DORA H. SHAFFER et al., Defendants, and DAVID SCHAUBEN, Appellant.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [180 Misc. 116.]